| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Toole, George A. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 7-130<br>Boston, MA 02210 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Boston College -- Teaching | $6,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Contract employee, Massachusetts Department of Public Health |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/23/2018-3/25/2018 | New York, New York | Bar Association Meeting | Travel, food, and lodging |
| 2. | James Wilson Institute | 4/27/2018-4/28/2018 | Washingtonn, D.C. | Academic Seminar | Travel, food, and lodging |
| 3. | Florida Bar | 6/14/2018-6/17/2018 | Orlando, Florida | Bar Association Meeting | Travel, food, and lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley Bank | Line of Credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Abbvie Inc. | A | Dividend | | | Sold (part) | 02/02/18 | J | A | |
| 2. | | | | | Sold | 04/06/18 | J | A | |
| 3.  Accenture PLC Ireland Cl A | A | Dividend | K | T | | | | | |
| 4.  Adobe Systems | | None | J | T | Sold (part) | 06/01/18 | J | B | |
| 5. | | | | | Sold (part) | 06/05/18 | J | C | |
| 6. | | | | | Sold (part) | 08/24/18 | J | B | |
| 7. | | | | | Sold (part) | 08/28/18 | J | C | |
| 8.  Align Technology | | None | J | T | Sold (part) | 06/28/18 | J | B | |
| 9. | | | | | Sold (part) | 07/02/18 | J | C | |
| 10. | | | | | Sold (part) | 10/05/18 | J | A | |
| 11.  Allergan | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 12. | | | | | Buy (add'l) | 01/18/18 | J | | |
| 13. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 14.  Alphabet Inc. Cl A | | None | J | T | | | | | |
| 15.  Alphabet Inc. Cl C | | None | K | T | | | | | |
| 16.  Altria Group | A | Dividend | J | T | Sold (part) | 01/10/18 | J | A | |
| 17. | | | | | Sold (part) | 02/22/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/20/18 | J | | |
| 19. AMC Networks | | None | J | T | Buy (add'l) | 01/16/18 | J | | |
| 20. American Cap World Gr & Inc F2 | A | Dividend | J | T | Buy (add'l) | 12/20/18 | J | | |
| 21. Anadarko Petroleum | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 22. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 23. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 24. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 25. | | | | | Sold (part) | 12/20/18 | J | | |
| 26. Apple common | A | Dividend | J | T | Buy (add'l) | 02/07/18 | J | | |
| 27. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 28. | | | | | Sold (part) | 09/13/18 | J | A | |
| 29. | | | | | Sold (part) | 12/20/18 | J | | |
| 30. AT&T | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 31. Autodesk Inc. | | None | J | T | | | | | |
| 32. Automatic Data Processing | A | Dividend | K | T | | | | | |
| 33. Bank of America deposit accounts | A | Interest | J | T | | | | | |
| 34. Becton Dickinson | A | Dividend | J | T | Sold (part) | 10/10/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Berkshire Hathaway Cl B | | None | J | T | Sold (part) | 12/20/18 | J | | |
| 36. Biogen | | None | J | T | Buy (add'l) | 01/16/18 | J | | |
| 37. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 38. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 39. | | | | | Sold (part) | 12/20/18 | J | | |
| 40. Blackrock Inc. | A | Dividend | J | T | Sold (part) | 12/20/18 | J | | |
| 41. Blackrock High Yield Fund | A | Dividend | J | T | Buy (add'l) | 12/06/18 | J | | |
| 42. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 43. Blackrock Low Dur Bd Inv Inst | B | Dividend | L | T | Buy (add'l) | 08/24/18 | J | | |
| 44. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 45. Blackrock Multi-Asset | A | Dividend | J | T | Buy (add'l) | 05/02/18 | J | | |
| 46. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 47. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 48. Booking Holdings, Inc. | A | Dividend | J | T | Sold (part) | 02/05/18 | J | A | See Part VIII, note 2. |
| 49. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 50. Broadcom | A | Dividend | J | T | | | | | |
| 51. C A Inc. | A | Dividend | | | Buy (add'l) | 02/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Redeemed (part) | 11/05/18 | J | A | |
| 53. | | | | | Redeemed | 11/06/18 | J | A | |
| 54. Calamos Market Neutral Inc I | B | Dividend | K | T | | | | | |
| 55. | B | Distribution | | | | | | | |
| 56. Carnival CP New Paired | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 57. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 58. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 59. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 60. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 61. | | | | | Sold (part) | 12/20/18 | J | | |
| 62. Celgene | | None | | | Buy (add'l) | 01/16/18 | J | | |
| 63. | | | | | Sold (part) | 01/22/18 | J | A | |
| 64. | | | | | Sold (part) | 01/23/18 | J | | |
| 65. | | | | | Sold (part) | 01/24/18 | J | | |
| 66. | | | | | Sold | 01/25/18 | J | | |
| 67. Center Coast MLP Focus | B | Dividend | K | T | Buy (add'l) | 05/02/18 | J | | |
| 68. | | | | | Buy (add'l) | 12/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 70. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 71. Chevron common | A | Dividend | J | T | Sold (part) | 12/20/18 | J | | |
| 72. Chubb Ltd | A | Dividend | J | T | Buy (add'l) | 05/31/18 | J | | |
| 73. | | | | | Sold (part) | 12/13/18 | J | | |
| 74. Cincinnati Financial Ohio | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 75. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 76. Cisco Systems | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 77. | | | | | Sold (part) | 05/17/18 | J | A | |
| 78. | | | | | Sold (part) | 12/20/18 | J | | |
| 79. Citrix Systems Inc. | A | Dividend | J | T | | | | | |
| 80. Clearbridge Aggessive Growth (SAGYX) | A | Dividend | K | T | Buy (add'l) | 12/11/18 | J | | |
| 81. | C | Distribution | | | | | | | |
| 82. CME Group | A | Dividend | J | T | Buy | 07/13/18 | J | | |
| 83. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 84. | | | | | Buy (add'l) | 11/21/18 | J | | |
| 85. Coca Cola Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cogate Palmolive | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 87. College Station TX Muni Bond | | None | J | T | Buy | 02/20/18 | J | | |
| 88. Comcasst (New) Cl A | A | Dividend | J | T | | | | | |
| 89. Cree Research | | None | J | T | | | | | |
| 90. Crown Castle Intl Corp | A | Dividend | J | T | | | | | |
| 91. CVS Health Corp | A | Dividend | J | T | Buy (add'l) | 12/06/18 | J | | |
| 92. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 93. CyrusOne, Inc. | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 94. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 95. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 96. Diageo ADR | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 97. Discovery Communications Ser.A | | None | J | T | Buy (add'l) | 01/16/18 | J | | |
| 98. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 99. Dolby Cl A | A | Dividend | J | T | | | | | |
| 100. Dollar General Corp. | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 101. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 102. | | | | | Buy (add'l) | 02/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/20/18 | J | | |
| 104.  Dominion Resources | A | Dividend | J | T | Buy (add'l) | 03/21/18 | J | | |
| 105. | | | | | Sold (part) | 12/20/18 | J | | |
| 106.  Duke Energy | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 107.  Eli Lilly | A | Dividend | | | Sold (part) | 02/07/18 | J | A | |
| 108. | | | | | Sold | 02/22/18 | J | A | |
| 109.  Enterprise Bancorp common | B | Dividend | L | T | Sold (part) | 01/22/18 | J | A | |
| 110. | | | | | Sold (part) | 01/23/18 | L | F | |
| 111.  Exxon Mobile common | A | Dividend | J | T | | | | | |
| 112.  Facebook Cl A | | None | K | T | Sold (part) | 01/12/18 | J | B | |
| 113. | | | | | Sold (part) | 01/17/18 | J | C | |
| 114. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 115.  Fastenal | | None | J | T | Buy | 11/09/18 | J | | |
| 116. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 117. | | | | | Sold (part) | 12/20/18 | J | | |
| 118.  Fidelity National Information Services | A | Dividend | J | T | | | | | |
| 119.  Fluor Corp | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 121. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 122. | | | | | Sold (part) | 12/20/18 | J | | |
| 123. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 124. Franklin Resources, Inc. | | None | J | T | Buy | 11/27/18 | J | | |
| 125. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 126. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 127. | | | | | Sold (part) | 12/20/18 | J | | |
| 128. Freeport-McMoran | A | Dividend | J | T | Sold (part) | 12/20/18 | J | | |
| 129. Gartner Inc. | | None | J | T | Buy (add'l) | 03/01/18 | J | | |
| 130. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 131. | | | | | Sold (part) | 12/19/18 | J | A | |
| 132. | | | | | Sold (part) | 12/21/18 | J | A | |
| 133. | | | | | Sold (part) | 12/31/18 | J | A | |
| 134. General Dynamics | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 135. | | | | | Sold (part) | 11/27/18 | J | | |
| 136. | | | | | Sold (part) | 12/10/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. General Electric | A | Dividend | | | Buy (add'l) | 01/16/18 | J | | |
| 138. | | | | | Sold | 02/07/18 | J | | |
| 139. General Mills | A | Dividend | | | Buy (add'l) | 01/16/18 | J | | |
| 140. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 141. | | | | | Sold (part) | 02/22/18 | J | | |
| 142. | | | | | Sold (part) | 02/23/18 | J | | |
| 143. | | | | | Sold | 04/03/18 | J | | |
| 144. Harding Loevner Intl Equity | C | Dividend | M | T | Buy (add'l) | 11/06/18 | J | | |
| 145. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 146. | | | | | Sold (part) | 12/20/18 | J | | |
| 147. Hasbro, Inc. | A | Dividend | J | T | Sold (part) | 12/20/18 | J | | |
| 148. Honeywell | A | Dividend | J | T | | | | | |
| 149. Immunogen | | None | J | T | Buy (add'l) | 01/16/18 | J | | |
| 150. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 151. | | | | | Sold (part) | 12/20/18 | J | | |
| 152. Ingersoll-Rand | A | Dividend | J | T | Buy (add'l) | 12/21/18 | J | | |
| 153. Intel | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 12/20/18 | J | | |
| 155. Interpublic Group of Companies | A | Dividend | | | Sold (part) | 03/01/18 | J | | |
| 156. | | | | | Sold (part) | 03/02/18 | J | | |
| 157. | | | | | Sold | 03/05/18 | J | | |
| 158. Invesco Premier Inst | A | Dividend | J | T | Buy (add'l) | 12/21/18 | J | | |
| 159. Ionis Pharmaceuticals | | None | J | T | | | | | |
| 160. IQ Hedge Multi-Strat Tracker | | None | K | T | | | | | |
| 161. iShares Core S&P US Growth | | None | K | T | Sold (part) | 01/16/18 | K | A | |
| 162. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 163. iShares Core S&P 500 ETF | | None | K | T | Buy | 12/20/18 | K | | |
| 164. iShares Russell 1000 | A | Dividend | J | T | Sold (part) | 01/08/18 | J | A | |
| 165. | | | | | Sold (part) | 01/16/18 | J | A | |
| 166. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 167. Johnson & Johnson common | A | Dividend | K | T | Buy (add'l) | 07/31/18 | J | | |
| 168. | | | | | Buy (add'l) | 08/17/18 | J | | |
| 169. | | | | | Sold (part) | 12/13/18 | J | A | |
| 170. | | | | | Sold (part) | 12/20/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Johnson Controls | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 172. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 173. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 174. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 175. | | | | | Sold (part) | 12/20/18 | J | | |
| 176. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 177. JP Morgan Chase & Co. | A | Dividend | J | T | Sold (part) | 01/22/18 | J | A | |
| 178. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 179. Kinder Morgan | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 180. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 181. | | | | | Sold (part) | 12/20/18 | J | | |
| 182. L-3 Technologies | A | Dividend | J | T | | | | | |
| 183. Liberty Interactive QVC A (QVCA) | | | | | | | | | See Part VIII, note 3. |
| 184. Liberty Media Corp Ser C SiriusXM (LSXMK) (Y) | | | | | | | | | |
| 185. Linde PLC | A | Dividend | J | T | Buy (add'l) | 05/15/18 | J | | See Part VIII, note 4. |
| 186. | | | | | Sold (part) | 01/22/18 | J | A | |
| 187. | | | | | Sold (part) | 12/20/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Lions Gate Entertainment | A | Dividend | J | T | Buy | 11/06/18 | J | | |
| 189. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 190. | | | | | Sold (part) | 12/20/18 | J | | |
| 191. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 192. Lockheed Martin | A | Dividend | J | T | | | | | |
| 193. Logmein Inc. | A | Dividend | J | T | Buy | 11/06/18 | J | | |
| 194. | | | | | Sold (part) | 12/20/18 | J | | |
| 195. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 196. Lord Abbett Sht Duration Inc (LDLFX) | B | Dividend | K | T | Buy (add'l) | 12/21/18 | J | | |
| 197. Lowes Companies | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 198. | | | | | Sold (part) | 12/20/18 | J | | |
| 199. Lubbock Cooper TX Ind Sch Dist Bond | | None | J | T | Buy | 02/20/18 | J | | |
| 200. Manulife Financial common | A | Dividend | K | T | | | | | |
| 201. Marsh & McLennan | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 202. Mastercaard , Inc. Cl A | A | Dividend | J | T | | | | | |
| 203. Merger Fund | A | Dividend | J | T | | | | | |
| 204. Medtronic | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 07/13/18 | J | A | |
| 206. Merck & Co. | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 207. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 208. Metropolitan West Tot Ret Bd 1 (MWTIX) | C | Dividend | M | T | Buy (add'l) | 05/02/18 | J | | |
| 209. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 210. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 211. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 212. Microsoft common | A | Dividend | K | T | Buy (add'l) | 01/12/18 | J | | |
| 213. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 214. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 215. | | | | | Sold (part) | 11/27/18 | J | A | |
| 216. | | | | | Sold (part) | 12/10/18 | J | A | |
| 217. Mondelez Intl Inc. | A | Dividend | J | T | Buy (add'l) | 01/18/18 | J | | |
| 218. Monsanto New | A | Dividend | | | Sold (part) | 04/20/18 | J | A | |
| 219. | | | | | Sold | 06/04/18 | J | A | |
| 220. Morgan Stanley Bank cash/MM account | A | Interest | J | T | | | | | |
| 221. National Oilwell Varco | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 223. | | | | | Sold (part) | 12/20/18 | J | | |
| 224. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 225. Nestle Spon ADR | A | Dividend | J | T | Buy (add'l) | 11/27/18 | J | | |
| 226. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 227. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 228. | | | | | Sold (part) | 12/20/18 | J | | |
| 229. Newmarket Corp | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 230. | | | | | Sold (part) | 12/20/18 | J | | |
| 231. Nextera Energy | A | Dividend | J | T | | | | | |
| 232. Nielsen Holdings PLC | A | Dividend | | | Sold (part) | 08/31/18 | J | | |
| 233. | | | | | Sold (part) | 09/04/18 | J | | |
| 234. | | | | | Sold | 09/05/18 | J | | |
| 235. Nike Inc. B | A | Dividend | K | T | Sold (part) | 11/15/18 | J | A | |
| 236. | | | | | Sold (part) | 11/19/18 | J | A | |
| 237. Norfolk Southern | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 238. | | | | | Sold (part) | 11/27/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Sold (part) | 12/10/18 | J | | |
| 240. Nuance Communications Inc. | | None | J | T | Buy (add'l) | 02/21/18 | J | | |
| 241. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 242. | | | | | Sold (part) | 12/20/18 | J | | |
| 243. Nucor Corp | A | Dividend | J | T | | | | | |
| 244. Nuveen Santa Barbara Div Gr l | A | Dividend | J | T | | | | | |
| 245. | A | Distribution | | | | | | | |
| 246. Nvent Electric | A | Dividend | | | Sold (part) | 09/27/18 | J | A | See Part VIII, note 5. |
| 247. | | | | | Sold | 10/01/18 | J | A | |
| 248. Nvidia Corp | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 249. | | | | | Sold (part) | 12/20/18 | J | | |
| 250. Oracle Corp | A | Dividend | J | T | Sold (part) | 08/24/18 | J | A | |
| 251. | | | | | Sold (part) | 08/28/18 | J | A | |
| 252. O'Reilly Automotive New | | None | J | T | | | | | |
| 253. Paccar Inc | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 254. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 255. | | | | | Buy (add'l) | 08/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 257. | | | | | Sold (part) | 12/20/18 | J | | |
| 258. Packaging Corp | A | Dividend | J | T | Buy (add'l) | 12/12/18 | J | | |
| 259. Paychex, Inc. | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 260. | | | | | Sold (part) | 12/20/18 | J | | |
| 261. Pentair | A | Dividend | J | T | Buy (add'l) | 11/06/18 | J | | |
| 262. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 263. | | | | | Sold (part) | 12/20/18 | J | | |
| 264. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 265. Pepsico common | A | Dividend | J | T | | | | | |
| 266. Pfizer Inc. | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 267. Philip Morris | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 268. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 269. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 270. | | | | | Sold (part) | 12/20/18 | J | | |
| 271. Phillips 66 | A | Dividend | J | T | Sold (part) | 08/17/18 | J | A | |
| 272. | | | | | Sold (part) | 08/20/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 274. Praxair, Inc. common | | | | | | | | | See Part VIII, note 4. |
| 275. Priceline Grp New | | | | | | | | | See line 48 above. |
| 276. Principal Mid Cap (PMCPX) | D | Distribution | L | T | Buy (add'l) | 12/21/18 | J | | |
| 277. Procter & Gamble common | A | Dividend | J | T | | | | | |
| 278. Prudential Short Term Corp Bond Z | A | Dividend | J | T | Buy (add'l) | 05/09/18 | J | | |
| 279. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 280. Qurate Retail Group | | None | J | T | Buy (add'l) | 11/06/18 | J | | |
| 281. | | | | | Sold (part) | 12/20/18 | J | | |
| 282. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 283. Realty Income Group | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 284. Regeneron Pharmaceuticals | | None | J | T | Buy (add'l) | 01/16/18 | J | | |
| 285. | | | | | Sold (part) | 12/20/18 | J | | |
| 286. Schlumberger Ltd | A | Dividend | J | T | Buy (add'l) | 08/29/18 | J | | |
| 287. Seagate TechnologyPLC | A | Dividend | J | T | Buy | 01/16/18 | J | | |
| 288. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 289. | | | | | Sold (part) | 12/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Starbucks Corp | A | Dividend | J | T | Buy (add'l) | 08/15/18 | J | | |
| 291. | | | | | Sold (part) | 11/14/18 | J | A | |
| 292. | | | | | Sold (part) | 11/16/18 | J | A | |
| 293. Stericycle,Inc. common | | None | J | T | | | | | |
| 294. Target Corp | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 295. | | | | | Sold (part) | 08/17/18 | J | A | |
| 296. | | | | | Sold (part) | 12/20/18 | J | | |
| 297. TE Connectivity | A | Dividend | J | T | | | | | |
| 298. Texas Instruments | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 299. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 300. | | | | | Buy (add'l) | 04/18/18 | J | | |
| 301. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 302. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 303. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 304. | | | | | Sold (part) | 12/20/18 | J | | |
| 305. Twitter Inc. | | None | J | T | Buy (add'l) | 01/16/18 | J | | |
| 306. Union Pacific common | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 07/13/18 | J | A | |
| 308. UnitedHealth Group | A | Dividend | K | T | Sold (part) | 11/26/18 | J | A | |
| 309. | | | | | Sold (part) | 11/28/18 | J | A | |
| 310. United Parcel Service | A | Dividend | J | T | Buy | 01/10/18 | J | | |
| 311. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 312. | | | | | Sold (part) | 12/20/18 | J | | |
| 313. Vanguard FTSE Dev Mkts | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 314. Verizon Communications common | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 315. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 316. Vertex Pharmaceuticals | | None | J | T | | | | | |
| 317. Virtus Insight Emrg Mkts (HIEMX) | B | Distribution | K | T | | | | | |
| 318. Visa Inc. Cl A | A | Dividend | K | T | | | | | |
| 319. Voya Global RE (IGLIX) | A | Dividend | K | T | Buy (add'l) | 12/06/18 | J | | |
| 320. | B | Distribution | | | Buy (add'l) | 12/21/18 | J | | |
| 321. Walt Disney Co Holding Co | A | Dividend | J | T | | | | | |
| 322. Weatherford Intl | | None | J | T | Buy (add'l) | 01/16/18 | J | | |
| 323. | | | | | Buy (add'l) | 11/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 12/20/18 | J | | |
| 325. WEC Energy Group Inc. | A | Dividend | J | T | Buy (add'l) | 01/18/18 | J | | |
| 326. Wells Fargo & Co New | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 327. | | | | | Sold (part) | 10/26/18 | J | | |
| 328. | | | | | Sold (part) | 12/20/18 | J | | |
| 329. Wells Fargo Muni Bond Fund (WMBIX) | C | Dividend | M | T | Buy (add'l) | 02/21/18 | K | | See Part VIII, note 6. |
| 330. Western Digital Corp | A | Dividend | J | T | Buy (add'l) | 08/15/18 | J | | |
| 331. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 332. | | | | | Sold (part) | 12/20/18 | J | | |
| 333. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 334. Whirlpool Corp | A | Dividend | J | T | | | | | |
| 335. Zoetis Inc. Cl A | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 336. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 337. | | | | | Buy (add'l) | 02/21/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The trust identified in Part I is a family trust. All the assets held in the trust are reported individually in Part VII but are not specifically identified in that Part to the trust.

2. The previously owned (and reported) asset Priceline Group changed its name to Booking Holdings, Inc. The asset is the same. Transactions are reported here in the name of the company as of the end of the reporting period.

3. Liberty Interactive changed its name to Qurate Retail Group and the investment is reported under that name at lines 280-282 .

4. Praxair, an asset identified in previous reports, merged with Linde PLC, which is the surviving entity. This line reports transactions both before and after merger under Linde and includes pre-merger transactions involving Praxair.

5. Nvent Electric is a spinoff of Pentair. The spun-off shares were sold.

6. The prior reports for 2016 and 2017 misidentified this asset. We had previously invested in Wells Fargo 6% Series V preferred stock fund (WFC.PRV). That identification was mistakenly carried forward in the reports for 2016 and 2017. Reivew of the relevant records indicate that the investment in the preferred stock fund was liquidated in 2016 and a new investment was initiated in the Wells Fargo Municipal Bond Fund (WMBIX). The transactions and amounts reported in the prior reports were accurate, but the asset should have been reported as Wells Fargo Muni Bond Fund. This report corrects the error.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George A. O'Toole**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544